IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MONDELL SANKIEL GRAY,            :

    Plaintiff,                  :

vs.                              : CIVIL ACTION 13-0549-CB-B

SAM COCHRAN, et al.,             :

    Defendants.                 :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), or in the alternative, **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** this 25th day of August, 2014.

                                      s/*Charles R. Butler, Jr.*
                                    **SENIOR UNITED STATES DISTRICT JUDGE**